LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1240 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MOSQUEDA, | ) | No.  EDCV 09-1393 SS |
| | ) | |
|    Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
|    v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
|    Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO

THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($2,700.00) subject to the

terms of the stipulation.

DATE: 10/5/10       _Suzanne H. Segal_

                         HON.SUZANNE H. SEGAL
                         UNITED STATES MAGISTRATE JUDGE